UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SAWAN NAVARAT,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>          Respondent. | No. CV 08-05871-DSF (VBK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: 9-26-08

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE